**Order filed, September 24, 2013.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00626-CR

———————

### CHRISTOPHER CAMACHO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 400th District Court
Fort Bend County, Texas
Trial Court Cause No. 06-DCR-045165A**

---

### ORDER

The reporter's record in this case was due **August 27, 2013**. *See* Tex. R. App. P. 35.1. On **September 04, 2013**, this court granted the court reporters request for extension of time to file the record until **September 26, 2013**. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first request, the court **GRANTS** your second request and issues the following order.

We order **Sheryl Stapp**, the court reporter, to file the record in this appeal **on or before October 10, 2013. No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Sheryl Stapp** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM